UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBRA JACOBS**                                                                                          **PLAINTIFF**

V.                              No. 4:22-CV-00283-JM-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE