**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEBRA JACOBS**                                                                          **PLAINTIFF**

**V.**                                               **4:22CV00283 JM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                   **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees, docket # 18 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection.  Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $5,422.47.  The fees, costs and expenses should be payable directly to Plaintiff and mailed to her attorney.  Plaintiff's motion is GRANTED.

IT IS SO ORDERED this 23rd  day of August, 2023.

_____
James M. Moody Jr.
United States District Judge